GAHAN, Respondent, vs. WILLIAM F. ARNDT COMPANY, Appellant.

*May 9—June 18, 1928.*

For the appellant there was a brief by *Bird, Smith, Okoneski & Puchner* of Wausau and *Geo. H. Kriete* of Chicago, Ill., and oral argument by *C. F. Smith.*

For the respondent there was a brief by *O'Melia & Kaye* of Rhinelander, and oral argument by *A. J. O'Melia.*

ESCHWEILER, J.    This action presents the same situation and is controlled by *Gahan v. Lymer,* decided herewith (*ante,* p. 313, 220 N. W. 532).

*By the Court.*—Judgment affirmed.